# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIV TRANSPORTATION, INC.,<br><br>Defendant. | Case No. 1:19-cv-01491-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12) |

On March 5, 2020, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement of this action. (ECF No. 12.) Plaintiff requests thirty (30) days to file dispositional documents. (Id.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents on or before April 6, 2020.

IT IS SO ORDERED.

Dated: **March 6, 2020**

UNITED STATES MAGISTRATE JUDGE

1