# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>LIV TRANSPORTATION, INC.,<br><br>        Defendant(s). | Case No. 1:19-cv-01491-NONE-SAB<br><br>ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14) |

On March 5, 2020, a notice of settlement was filed in this action and dispositional documents were to be filed on or before April 6, 2020. On April 3, 2020, Plaintiff filed a request for an extension of time to file the dispositional documents.

The Court, having considered the request to extend time to file dispositional documents, finds good cause exists and grants the request. IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents on or before April 20, 2020.

IT IS SO ORDERED.

Dated:   **April 3, 2020**

UNITED STATES MAGISTRATE JUDGE