# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIV TRANSPORTATION, INC.,<br><br>Defendant. | Case No. 1:19-cv-01491-NONE-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN THIS ACTION TO A DISTRICT JUDGE FOR PURPOSES OF CLOSING THE CASE AND TO ADJUST DOCKET TO REFLECT DISMISSAL UNDER FED. R. CIV. P. 41(a)<br><br>(ECF No. 16) |

On April 7, 2020, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 16.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to close this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**April 7, 2020**__

UNITED STATES MAGISTRATE JUDGE

1